## Starz Estate.

Argued March 28, 1946. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

*Edward R. Lawrence,* with him *William B. Paul* and *James D. Wills,* for appellant.

*Herbert R. Hahn,* for appellees.

PER CURIAM, April 8, 1946:

The decree of the court below is affirmed. Costs to be paid by the Appellant.